UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHARLES DEMUMBREUM, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) No. 3:05-1063 |
| v. | ) JUDGE ECHOLS |
| | ) |
| METROPOLITAN DEVELOPMENT | ) |
| & HOUSING AGENCY, | ) |
| | ) |
|     Defendant. | ) |

### ORDER

For the reasons explained in the Memorandum entered contemporaneously herewith,

(1) Defendant's Motion to Dismiss for Failure to State a Claim (Docket Entry No. 9) is hereby GRANTED.

(2) This case is hereby DISMISSED WITH PREJUDICE.

(3) Entry of this Order on the docket shall constitute entry of final Judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE